# UNITED STATES DISTRICT COURT
## District of Minnesota

Abdirahmaan Abdalah Gaafow

Petitioner,

v.

Warden, The, AFOD, Attorney General, ICE Director

Respondents

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-3649 MJD/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court SUSTAINS Petitioner's objections to the Report and Recommendation filed by Magistrate Judge Dulce Foster on August 24, 2026 [Docs. 7, 8];
2. The Court ADOPTS in part and REJECTS in part the Report and Recommendation filed by Magistrate Judge Dulce Foster on August 24, 2026 [Doc. 6];
3. Petitioner's Motion to Appoint Counsel [Doc. 3] is DENIED;
4. Petitioner's Application to Proceed in forma pauperis [Doc. 4] is DENIED; and
5. Petitioner's Petition for Writ of Habeas Corpus [Doc. 1] is GRANTED as follows:
   a. Federal Respondents are ordered to provide Petitioner with a bond hearing within one week after the issuance of this Order;
   b. Federal Respondents are ordered to both file notice of such bond hearing directly with the Court and provide notice to Petitioner within two (2) hours of its scheduling;
6. The Immigration Judge is prohibited from denying the opportunity for a bond hearing based on a purported lack of jurisdiction;
7. If a bond hearing takes place that results in Petitioner's release, Respondents are ordered to:
   a. Release Petitioner into Minnesota;
   b. At a safe time and place communicated to Petitioner at least two (2) hours in advance so that Petitioner can arrange for transportation; and
   c. With all of Petitioner's personal effects in Respondents' possession, such as his driver's

license, immigration papers, passport, cell phone, keys;

8. If a bond hearing does not take place within one week, Respondents are ordered to immediately release Petitioner from custody into Minnesota with the same conditions of release described in ¶ 7; and
9. Within 48 hours of the conclusion of the bond hearing or Respondents' decision to release Petitioner from custody, Federal Respondents must file a status report with the Court detailing the results of the Bond Hearing or its actions related to release.

Date: 10/8/2026

KATE M. FOGARTY, CLERK