**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Abdirahmaan G.,

Petitioner,

v.

The Warden, AFOD, Attorney General, ICE Director,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-3649 (MJD/DJF)

Abdirahmaan G., pro se.

David W. Fuller, Pedro Del Valle, IV, Assistant United States Attorneys, Counsel for Respondents.

On October 8, 2026, the Court ordered Respondents to provide Petitioner with a bond hearing within one week and to file notice of such bond hearing directly with the Court and provide notice to Petitioner within two hours of its scheduling. [Doc. 9 at 8.]

Respondents failed to file the required notice with the Court.

However, on October 14, 2026, Respondents informed the Court that on October 13, Petitioner was denied bond based on flight risk. [Doc. 11.]

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Abdirahmaan G.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 19, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court