# UNITED STATES DISTRICT COURT

## District of Minnesota

Abdirahmaan Abdalah Gaafow

Petitioner,

v.

The Warden, AFOD, Attorney General, ICE Director

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-3649 MJD/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner Abdirahmaan G.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice.**

Date: 10/20/2026

KATE M. FOGARTY, CLERK